[No 2358. Decided December 8, 1896.]

THE CITY OF NEW WHATCOM, *Respondent*, v. BELLING-HAM BAY IMPROVEMENT COMPANY, *Appellant*.

STREET IMPROVEMENTS — COLLECTION OF ASSESSMENTS — COUNTERCLAIM.

In an action by a city to recover benefits for street improvements, the defendant cannot offset a claim for materials furnished the contractor who had charge of making the improvements.

Appeal from Superior Court, Whatcom County. — Hon. JOHN R. WINN, Judge. Affirmed.

*Newman & Howard*, for appellant.

*T. E. Cade, D. W. Freeman,* and *Kerr & McCord,* for respondent.

*Per Curiam.*—This action is similar to another case between the same parties, just decided, *ante*, p. 131 with the exception that the defendant sought to offset a claim for lumber furnished the contractors in making the improvements, and its defense was stricken from the answer. The contractors were not parties to the proceeding. The warrants for the improvement were outstanding, and the defense was not available in an action by the city to foreclose the assessment liens.